UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.<br><br>                    Plaintiff,<br><br>     -against-<br><br>B&H CUSTOMS SERVICES, INC., HANA FREIGHT LLC D/B/A HANA INTERNATIONAL LOGISTICS, SHINE SHIPPING LTD, SHINE INTERNATIONAL TRANSPORTATION (SHENZHEN) LIMITED, and VARIOUS JOHN DOES, JANE DOES and XYZ COMPANIES,<br><br>                    Defendants. | Civil Action No.: 1:20-cv-01214<br><br>Amended Scheduling Order |

AMENDED SCHEDULING ORDER

It is hereby ordered that the discovery deadlines included in this Court's Civil Case Management Plan and Scheduling Order [ECF No. 49], are amended to provide the following updated discovery deadlines:

a. Discovery on the issue of liability shall be completed no later than January 8, 2021.

b. Cross motions for summary judgment on the issue of liability shall be filed on or before February 8, 2021.

c. Oppositions to summary judgment motions shall be filed no later than March 8, 2021.

d. Reply briefs on summary judgment motions shall be filed no later than March 28, 2021.

e. Should the Court's ruling on the cross motions for summary judgment not fully resolve this matter, the Parties shall have sixty (60) days from entry of

        an Order on the cross motions for summary judgment to complete discovery on damages.

   f.       The Parties shall identify any damage experts within seven (7) days of the Court entering its summary judgment order.

The Clerk of Court is directed to terminate ECF No. 51.

Dated: September 30, 2020

SO ORDERED:

_____
HON. JESSE M. FURMAN, U.S.D.J.