# HOLIHAN LAW
**INTELLECTUAL PROPERTY PROTECTION**

November 17, 2020

> In light of the parties' joint letter stating that they "were able to resolve the pending discovery disputes," ECF No. 56, the conference scheduled for November 18, 2020, is hereby CANCELLED and Plaintiff's motion for a discovery conference, ECF No. 53, is deemed WITHDRAWN. The Clerk of Court is directed to terminate ECF Nos. 53 and 56. SO ORDERED.
>
> *[signature]*
>
> November 17, 2020

**Via ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE: NIKE, INC. v. B&H CUSTOMS SERVICES, INC., ET AL., CASE NO: 1:20-CV-01214-JMF

Dear Judge Furman:

On behalf of Plaintiff, NIKE, Inc. ("Plaintiff"), and Defendants, Shine Shipping, Ltd. and Shine International Transportation (Shenzhen) Ltd. (collectively, "Defendants"), the parties hereby file this Joint Letter Requesting Hearing Cancellation (the "Letter").

Per the Court's Order Granting Plaintiff's Letter Motion for Conference [ECF No. 55] (the "Order"), counsel conferred via telephone on the morning of Tuesday, November 17, 2020, in an attempt to further narrow the issues in dispute. Upon review of Plaintiff's Letter Motion for Conference Regarding Discovery [ECF No. 53] and Defendants' Letter Response in Opposition to the Motion [ECF No. 54], counsel was able to resolve the pending discovery disputes. Thus, pursuant to this Court's *Emergency Individual Rules & Practices in Light of COVID-19*, specifically Rule C(i), the hearing scheduled by the Court's Order has been rendered unnecessary at this time and this Letter acts as notice of the same.

Based on the foregoing, the parties jointly request that the Court cancel the hearing scheduled in this matter for November 18, 2020, at 3:30 p.m.

Respectfully submitted,

/s/ Michael W. O. Holihan
Michael W.O. Holihan
Holihan Law
*Attorneys for Plaintiff, NIKE, Inc.*

/s/ Brendan Collins
Brendan Collins
GKG Law, P.C.
*Attorneys for Shine Shipping, Ltd. and Shine International Transportation (Shenzhen) Limited*

HL
1101 NORTH LAKE DESTINY DRIVE, SUITE 275, MAITLAND, FLORIDA 32751
TEL: 407.660.8575 • FAX: 407.660.0510 • E-MAIL: info@holihanlaw.com